
FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D. N.Y:
★ OCT 17 2007 ★
P.M.
TIME A.M.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the November 27, 2004
Barrera/Morales Program,

                            Plaintiff,

    -against-

CARLOS M. GUERRA, Individually and d/b/a
CEVICHERIA LOS GUERRA RESTAURANT
a/k/a CEVICHERIA LOS GUERRA, and
CEVICHERIA LOS GUERRA RESTAURANT
a/k/a CEVICHERIA LOS GUERRA,

                            Defendants.
-----------------------------------------------------------X

JUDGMENT
05-CV- 3712 (SLT)

        A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on February 16, 2007, granting plaintiff's motion for a default judgment; and directing the Clerk of Court to enter judgment in favor of plaintiff and against defendants, jointly and severally, awarding plaintiff $2,198.00 in statutory damages pursuant to § 605(e)(C)(i)(II); $6,594.00 in enhanced damages pursuant to § 605(e)(3)(C)(ii); $919.75 in attorneys' fees and $450.00 in costs, for a total award of $10,161.75; it is

JUDGMENT
05-CV- 3712 (SLT)

ORDERED and ADJUDGED that plaintiff's motion for a default judgment is granted; and that judgment is hereby entered in favor of plaintiff, Garden City Boxing Club, Inc., as Broadcast Licensee of the November 27, 2004 Barrera/Morales Program, and against defendants, Carlos M. Guerra, Individually and d/b/a Cevicheria Los Guerra Restaurant a/k/a Cevicheria Los Guerra, and Cevicheria Los Guerra Restaurant a/k/a Cevicheria Los Guerra, jointly and severally, awarding plaintiff $2,198.00 in statutory damages pursuant to § 605(e)(C)(i)(II); $6,594.00 in enhanced damages pursuant § 605(e)(3)(C)(ii); $919.75 in attorneys' fees and $450.00 in costs, for a total award of $10,1161.75.

Dated: Brooklyn, New York
October 16, 2007

- s/ RCH
ROBERT C. HEINEMANN
Clerk of Court